ORDERED.

**Dated:  December 21, 2018**

Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>**

In re:

                 **CASE NO.: 18-03980-JAF**

**SEAN CHRISTOPHER STENSON and
LINDA ROSSI STENSON,**

    **Debtors.**

_____/

**ORDER APPROVING TRUSTEE'S APPLICATION
TO EMPLOY NAJI HASSAN OF 7 STAR REALTY, INC.
<u>AS REAL ESTATE AGENT FOR THE ESTATE</u>**

    THIS CASE came on for consideration without a hearing on Gregory K. Crews, Chapter 7 Trustee's (the "Trustee") Application to Employ Naji Hassan of 7 Star Realty, Inc. as Real Estate Agent for the Estate (the "Application") (Doc. No. 14).  Upon consideration of the Application, it is **ORDERED**:

    1.   The Application is approved.

    2.   Naji Hassan of 7 Star Realty, Inc. is authorized to be employed as Real Estate Agent for the estate and to represent and assist the Trustee in the sale of real property.

    3.   Naji Hassan of 7 Star Realty, Inc.'s compensation will be paid from the proceeds of closing of the sale of the Property.

4.      Notwithstanding the above mentioned payment to Naji Hassan of 7 Star Realty, Inc. as real estate agent, compensation will be determined by the Court in accordance with the provisions of 11 U.S.C. § 330.


Attorney Eugene H. Johnson, Esq. is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of this Order.