**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**In re:**

**CASE NO.: 18-03980-JAF**

**SEAN CHRISTOPHER STENSON and**
**LINDA ROSSI STENSON,**

    **Debtors.**
_____/

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the Order Approving Application to Employ/Retain Naji Hassan as Real Estate Agent for the Estate (Doc No. 16) was served this 21st day of December, 2018 through the Court's CM/ECF system, to the parties listed below, at their e-mail addresses registered with the Court and/or by regular U.S. Mail, postage prepaid, to:

Sean Christopher Stenson
Linda Rossi Stenson
1921 Belhaven Drive
Orange Park, Florida  32065

United States Trustee - JAX 7
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, Florida  32801

Naji Hassan
7 Star Realty, Inc.
9951 Atlantic Boulevard, Suite 130
Jacksonville, Florida  32225

And by CM/ECF electronic notice to Katheryn Hancock, Esq., *Counsel for Debtors*.

                                                  /s/ Eugene H. Johnson_____
                                                  Eugene H. Johnson, Esq. (0032105)
                                                  100 N. Laura Street, Suite 701
                                                  Jacksonville, FL 32202
                                                  (904) 652-2400 Telephone
                                                  (904) 652-2401 Facsimile
                                                  ehj@johnsonlawpa.com