ORDERED.

**Dated: January 22, 2019**

Jerry A. Funk
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

**IN RE:**

**SEAN CHRISTOPHER STENSON**
***and* LINDA ROSSI STENSON**

**CASE NO.: 3:18-BK-03980-JAF**
**CHAPTER: 7**

**DEBTOR(S).**
**______________________________/**

**AGREED ORDER GRANTING MOTION FOR *IN REM* RELIEF FROM AUTOMATIC STAY AS TO SURRENDERED PROPERTY**

**THIS CASE** came before the Court upon **Nationstar Mortgage LLC d/b/a Mr.Cooper's** ("Creditor") *Motion for In Rem Relief from Automatic Stay as to Surrendered Property* [DE #8]; which was set for hearing on January 14, 2019. Upon agreement of the relevant parties involved, it is

**ORDERED:**

1. Creditors's Motion is GRANTED *in rem*, effective **120 days** from the date of entry of this order.

2. After 120 days; the automatic stay provided for under of 11 U.S.C. § 362 of the Bankruptcy Code shall be terminate without any further order or notice to this Court from the court in relation to Creditor's interest in the following property:

In the City of Orange Park, County of Clay, State of Florida.

Lot 81, Berkshire, as per Plat thereof, recorded in Plat Book 37, Page 5, 6, 7, 8, 9 and 10, of the Public Records of Clay County, Florida.

**AKA: 1921 Belhaven Drive, Orange Park, Florida 32065 (the "Subject Property")**

3. The order granting relief from stay is entered for the sole purpose of allowing Movant complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that Movant shall not – contingent upon the Debtor(s) receiving a discharge in this case – obtain *in personam* relief against the debtor.

4. The relief granted in this Order shall remain in tact and effective should this case be converted to another Chapter.

5. The stay imposed by Fed. R. Bankr. P. 4001(a)(3) is waived.

_ /s/ *Eugene H. Johnson, Esq*
Eugene H. Johnson, Esq.
Attorney for Chapter 7 Trustee
Bar No.: 32105

_ /s/ *Jeffrey S. Fraser, Esq.*
Jeffrey S. Fraser, Esq.
Attorney for the Creditor
Bar No.: 85894

***Attorney, Jeffrey Fraser, Esq. is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of the entry of the order.***