

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/27/2019 01:30 PM

COURTROOM 300 North Hogan Street

HONORABLE JERRY FUNK

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:18-bk-03980-JAF | 7 | 11/13/2018 |

**Chapter 7**

**DEBTOR:**  Sean Stenson

Linda Stenson

**DEBTOR ATTY:**  Katheryn Hancock

**TRUSTEE:**  Gregory Crews

**HEARING:**

1. Motion for Turnover of Property - specifically: Pro-rated portion of the Debtors 2018 Federal Income Tax Refund;Non-exempt household goods and furnishings as listed on Line 6 of the Debtors Schedule A/B; Non-exempt portion of the jewelry, including but not limited to the mens gold rolex, ladies sapphire ring, engagement ring and wedding band as listed on Line 12 of the Debtors Schedule A/B; Non-exempt funds in Debtors Checking Account with Wells Fargo, N.A. as listed on Line 17.1 of the Debtors Schedule A/B; Non-exempt funds in Debtors Community First Credit Union account as listed on Line 17.2 of the Debtors Schedule A/B; Non-exempt funds in Debtors Checking Account with Bank of America as listed on Line 17.3 of the Debtors Schedule A/B; 2014 Honda Pilot, VIN: 5FNYF3H41EB020275, together with all keys; Non-exempt portion, if any, of the Childrens 529 Accounts as listed on Line 24 of the Debtors Schedule A/B and Non-exempt portion, if any, of the Whole Life Insurance policy through State Farm as listed on Line 31 of the Debtors Schedule A/B.   Filed by Eugene H Johnson on behalf of Trustee Gregory K. Crews Doc. 27
2. Objection to Debtor's Claim of Exemptions . Filed by Eugene H Johnson on behalf of Trustee Gregory K. Crews Doc. 20{}

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**   1 & 2. RESCHEDULED TO MARCH 17 @ 1:30 CLERK TO PREPARE
1. Motion for Turnover of Property - specifically: Pro-rated portion of the Debtors 2018 Federal Income Tax Refund;Non-exempt household goods and furnishings as listed on Line 6 of the Debtors Schedule A/B; Non-exempt portion of the jewelry, including but not limited to the mens gold rolex, ladies sapphire ring, engagement ring and wedding band as listed on Line 12 of the Debtors Schedule A/B; Non-exempt funds in Debtors Checking Account with Wells Fargo, N.A. as listed on Line 17.1 of the Debtors Schedule A/B; Non-exempt funds in Debtors Community First Credit Union account as listed on Line 17.2 of the Debtors Schedule A/B; Non-exempt funds in Debtors Checking Account with Bank of America as listed on Line 17.3 of the Debtors Schedule A/B; 2014 Honda Pilot, VIN: 5FNYF3H41EB020275, together with all keys; Non-exempt portion, if any, of the Childrens 529 Accounts as listed on Line 24 of the Debtors Schedule A/B and Non-exempt portion, if any, of the Whole Life Insurance policy through State Farm as listed on Line 31 of the Debtors Schedule A/B.   Filed by Eugene H Johnson on behalf of Trustee Gregory K. Crews Doc. 27

2. Objection to Debtor's Claim of Exemptions . Filed by Eugene H Johnson on behalf of Trustee Gregory K. Crews Doc. 20{} Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.